**Electronically Filed
Supreme Court
SCPR-23-0000024
06-FEB-2023
10:17 AM
Dkt. 9 OGP**

SCPR-23-0000024

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE LINDA GAIL SIDNEY POLLACK, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Linda Gail Sidney Pollack, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), but to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the affidavits submitted in support thereof, and upon consideration of the motion for a refund of the $165.00 filing fee, filed the same day by Respondent Pollack, we conclude that Petitioner Pollack has fully complied with the requirements of RSCH Rule 1.10 but has failed to establish cause for the waiver of the filing fee. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted *nunc pro tunc* to December 31, 2022. Petitioner Pollack may retain the paper license as a memento.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner Pollack, attorney number 6213, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

IT IS FURTHER ORDERED that the motion for waiver of the filing fee is denied.

DATED:  Honolulu, Hawaiʻi, February 6, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2